**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-24656-CIV-ALTONAGA/Goodman**

**CARLOS J. CASTILLO GONZALEZ,**
and **MACK NASCIMENTO**,

      Plaintiffs,
v.

**B&K CONTRACTOR SERVICES, INC.**
and **LEONARDO GOMEZ**,

      Defendants.
_____/

**ORDER**

      **THIS CAUSE** came before the Court *sua sponte*. On November 26, 2018, Plaintiffs served a copy of the summons and Complaint [ECF No. 1] on Defendant, B&K Contractor Services, Inc., through its registered agent, Leonardo Gomez. (*See* Return of Service [ECF No. 10]). The individual defendant, Leonardo Gomez, was also served on November 26, 2018. (*See* Return of Service [ECF No. 11]). On December 4, 2018, the Court entered an Order requiring Defendants to submit a single combined response or separate answers by December 17, 2018. (*See id.*). To date, Defendants have failed to answer or otherwise respond to the Complaint, and the deadline to do so has passed. Accordingly, it is

      **ORDERED** that Plaintiffs shall submit a *motion for entry of clerk's default* against Defendants no later than **December 21, 2018**, that includes the certificates of service indicating notices were sent to Defendants, including the addresses to which they were sent. Plaintiffs' failure to file the *motion for entry of clerk's default* within the specified time may result in **dismissal** without prejudice and without further notice.

CASE NO. 18-24656-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 18th day of December, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record