UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-24656-ALTONAGA/Goodman

CARLOS J. CASTILLO GONZALEZ and
MACK NASCIMENTO,

    Plaintiffs,

vs.

B & K CONTRACTOR SERVICES, INC.,
a Florida for-profit corporation; and
LEONARDO GOMEZ, individually,

    Defendants.
_____/

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs CARLOS J. CASTILLO-GONZALEZ and MACK NASCIMENTO, through undersigned counsel and pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, <u>without prejudice</u>, of the above-styled case against Defendants, B & K CONTRACTOR SERVICES, INC. and LEONARDO GOMEZ.

DATED: December 21, 2018

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |

By____*s/ Roderick V. Hannah*_____        By ____*s/ Pelayo M. Duran*_____
    RODERICK V. HANNAH                    PELAYO M. DURAN
    Fla. Bar No. 435384                           Fla. Bar No. 0146595